**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6318

ALLEN LITTLEJOHN,

Plaintiff - Appellant,

v.

JAMIE BULLARD, Superintendent; JOHN DOE 1-3, SRG Administration; KYLE
T. HOOVER; JOHN K. RAYMOND; ANGELA M. DELLARIPA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  James C. Dever III, District Judge.  (5:22-ct-03452-D-RJ)

Submitted:  November 17, 2023                    Decided:  December 4, 2023

Before HARRIS and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Allen Littlejohn, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allen Littlejohn appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint without prejudice under 28 U.S.C. § 1915A(b)(1). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Littlejohn v. Bullard*, No. 5:22-ct-03452-D-RJ (E.D.N.C. Mar. 23, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*